HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
carolyn_wiggin@fd.org

Attorneys for Petitioner
CLIFTON JAMES JACKSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| CLIFTON JAMES JACKSON, | No.  Case No.  2:15-CV-01700 GGH |
|---|---|
| Petitioner, | **NOTICE OF VOLUNTARY DISMISSAL; ORDER** |
| v. | |
| FELICIA PONCE, Warden, | |
| Respondent. | |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Petitioner, CLIFTON JAMES JACKSON, by and through his counsel Assistant Federal Defender Carolyn M. Wiggin, hereby requests the voluntarily dismissal of Mr. Jackson's petition for writ of habeas, filed August 10, 2015.  He respectfully

//
//
//
//
//
//
//
//

1

requests the Court issue order lodged herewith.

Dated:  April 21, 2016

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ *Carolyn M. Wiggin*
                                                CAROLYN M. WIGGIN
                                                Assistant Federal Defender

                                                Attorney for Petitioner
                                                CLIFTON JAMES JACKSON

---

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and good cause appearing therefor, the petition for writ of habeas corpus, filed August 10, 2015 (ECF 1), is DISMISSED.[1]

Dated: April 26, 2016

                                                /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

/Jack1700.41

---

[1] The parties have consented to the undersigned presiding pursuant to 28 U.S.C. section 636(c). Because respondent's motion is neither an answer nor motion for summary judgment (a motion which goes to the merits of the action), this voluntary dismissal is appropriate pursuant to Rule 41(a)(1)..

2